**STATE of Missouri, Respondent,**

v.

**Richard L. CHAPPELL, Appellant.**

**No. WD 40610.**

Missouri Court of Appeals, Western District.

May 1, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 1990.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

## ORDER

PER CURIAM.

Appellant appeals conviction of rape, sodomy, and armed criminal action under §§ 566.030, 566.060 and 571.015, RSMo 1986, after jury trial.

Judgment affirmed. Rule 30.25(b).